**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
ALLCO RENEWABLE ENERGY LIMITED,     )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )
                                    )
MASSACHUSETTS ELECTRIC COMPANY      )
D/B/A NATIONAL GRID; ANGELA         )
O'CONNOR, JOLETTE WESTBROOK and     )   Civil Action
ROBERT HAYDEN, in their official    )   No. 15-13515-PBS
capacities as Commissioners of the  )
Massachusetts Department of Public  )
Utilities; and JUDITH JUDSON, in    )
her official capacity as            )
Commissioner of the Massachusetts   )
Department of Energy Resources,     )
                                    )
                    Defendants.     )
_____)

**ORDER**

January 23, 2017

Saris, C.J.

Allco's motion for reconsideration of the Court's order on summary judgment (Docket No. 78) is **DENIED**. Section 210(g)(2) of PURPA lays out the enforcement process by "[a]ny person" against an electric utility to "enforce any requirement" established by a state regulatory authority. 16 U.S.C. § 824a-3(g)(2). There is no federal statutory provision providing a private cause of action for damages against the utility independent of the PURPA

enforcement scheme. Section 210(h)(1) applies only to Commission enforcement. Id. § 824a-3(h)(1).

Parties shall file proposed form of judgment by 2/6/2017.

/s/ PATTI B. SARIS
Patti B. Saris
Chief United States District Judge