# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLCO RENEWABLE ENERGY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS ELECTRIC COMPANY D/B/A NATIONAL GRID, and ANGELA O'CONNOR, JOLETTE WESTBROOK and ROBERT HAYDEN, in their official capacity as Commissioners of the Massachusetts Department of Public Utilities, and JUDITH JUDSON, in her official capacity as Commissioner of the Massachusetts Department of Energy Resources,<br><br>Defendants. | Case No. 1:15-cv-13515-PBS |

2/21/17 Denied PBS /s/

## ALLCO RENEWABLE ENERGY LIMITED'S
## MOTION FOR FURTHER RELIEF AND NOTICE OF ADDITIONAL AUTHORITY

Pursuant to Local Rule 7.1(b)(3), Plaintiff Allco Renewable Energy Limited ("Allco"), by and through its counsel, respectfully provides notice of additional authority of the Federal Energy Regulatory Commission's order in *Windham Solar LLC*, 157 FERC ¶61,134 (November 22, 2016) which specifies minimum contract terms, and respectfully moves this Court for the following additional relief under 16 U.S.C. § 824a-3(h)(2)(B) in order to alleviate the continuing irreparable harm being suffered by Allco.

This Court has already held that the State Defendants acted unlawfully, and that Allco has no adequate remedy at law to compensate for the damage that Allco has suffered since 2011. Under 16 U.S.C. § 824a-3(h)(2)(B) Congress authorized this Court to "issue such injunctive or other relief as may be appropriate," when faced with the circumstances of this case.

More than four months after this Court's order invalidating the State Defendants' rule denying Allco its rights under federal law, the State Defendants have taken no action to address

1